United States District Court

Eastern District of California

Marcus James Smith,

      Petitioner,

vs.

Claude E. Finn, Warden, et al.,

      Respondents.

No. Civ. S 05-2601 MCE PAN P

Order

-oOo-

Petitioner, an inmate without counsel, applied for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The exhaustion of available state judicial remedies ordinarily is a prerequisite to obtaining federal habeas corpus relief. 28 U.S.C. § 2254(d)(1)(A); <u>Picard v. Connor</u>, 404 U.S. 270 (1971). A petitioner satisfies the exhaustion requirement if: (1) he has "fairly presented" his federal claim to the highest state court with jurisdiction to consider it, <u>Anderson v. Harless</u>, 459 U.S. 4 (1982); or (2) he demonstrates no state remedy remains available.

Harmon v. Ryan, 959 F.2d 1457 (9th Cir. 1992).

The petition appears to contain no exhausted claims. Within 20 days, petitioner shall show cause why the petition shall not, therefore, be dismissed.

So ordered.

Dated: January 5, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge