1

2

3

4

5

6

7

8                           United States District Court

9                           Eastern District of California

10

11

12   Marcus James Smith,

13            Petitioner,                 No. Civ. S 05-2601 MCE PAN P

14        vs.                             Order

15   Claude E. Finn, et al.,

16            Respondents.

17                                    -oOo-

18       Petitioner, a state prisoner proceeding without counsel,

19   seeks a writ of habeas corpus.  See 28 U.S.C. § 2254.  Petitioner

20   has paid the filing fee.

21       A judge "entertaining an application for a writ of habeas

22   corpus shall forthwith award the writ or issue an order directing

23   the respondent to show cause why the writ should not be granted,

24   unless it appears from the application that the applicant or

25   person detained is not entitled thereto."  28 U.S.C. § 2243.

26   Petitioner may be entitled to relief.

1    I therefore direct respondent to respond to petitioner's

2 application within 60 days from the date of this order.  See Rule

3 4, Fed. R. Governing § 2254 Cases.  An answer shall be

4 accompanied by any and all transcripts or other documents

5 relevant to the determination of the issues presented in the

6 application.  See Rule 5, Fed. R. Governing § 2254 Cases.

7 Petitioner's reply, if any, shall be filed and served within 30

8 days of service of an answer.  If the response to petitioner's

9 application is a motion, petitioner's opposition or statement of

10 non-opposition shall be filed and served within 30 days of

11 service of the motion, and respondents' reply, if any, shall be

12 filed within 15 days thereafter.  The Clerk of the Court shall

13 serve a copy of this order together with a copy of petitioner's

14 December 22, 2005, petition for a writ of habeas corpus pursuant

15 to 28 U.S.C. § 2254 on Jo Graves, Attorney General for the State

16 of California.

17    Dated:  January 31, 2006.

18                                  /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
19                                 Magistrate Judge

20

21

22

23

24

25

26