IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS JAMES SMITH,  　　　　　　　　　　　　　No. 2:05-cv-2601-MCE-EFB-P

　　　　Petitioner,

　　v.　　　　　　　　　　　　　　　　　　　　　　<u>ORDER</u>

CLAUDE E. FINN, et al.,

　　　　Respondents.
_____/

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　　On March 2, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed March 2, 2007, are adopted in full;

2. Respondent's March 29, 2006, motion to dismiss is denied;

3. Respondent is directed to file an answer within 30 days; and

4. Petitioner's reply, if any, shall be filed within 30 days after service of the answer.

Dated: March 26, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2